UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IGLESIA CRISTIANA LUZ Y VERDAD, through its Assigns and Successors In Interest, Insureds, and HENRY A. ESPINOZA, MAX J. ESPINOZA, KEVIN GONZALES, JOSE EDUARDO CASTRO, URIEL VARGAS, DANIEL BARRIOS, JORGE E. DAVILA; Third Party Claimants,<br><br>Plaintiffs,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; DOE DEFENDANTS INSURANCE COMPANIES 1 TO 5; AND DOES 6 to 25,<br><br>Defendants. | CASE No.: 5:15-cv-05621-RMW<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE OF APRIL 15, 2016 TO JULY 22, 2016 |

In view of the dismissal of defendant Allstate Insurance Company, and in view of the pending settlement with defendant Church Mutual Insurance Company, and further in view of plaintiffs' contemplated motion to amend to add new parties and new causes of action,

- 1 -

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Case Status
2  Conference of April 15, 2016 is vacated and reset to July 22, 2016, 10:30 a.m., Courtroom 6 before
3  this Court.

**IT IS SO ORDERED.**

Dated: __4/5__, 2016

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE